```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 11117
   JOSEPHINE E WELLS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4702

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 03/25/2005 and was confirmed 06/15/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was converted to chapter 7 after confirmation 11/21/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
SOUTH COMMONS PHASE 1 CO   SECURED           2483.29          .00         2483.29
WELLS FARGO BANK NA        CURRENT MORTG        .00           .00             .00
WELLS FARGO BANK NA        MORTGAGE ARRE    13099.77          .00        10633.31
INTERNAL REVENUE SERVICE   FILED LATE           .00           .00             .00
US DEPT OF ED              SECURED              .00           .00             .00
DEPARTMENT OF TREASURY     PRIORITY        NOT FILED          .00             .00
INTERNAL REVENUE SERVICE   FILED LATE           .00           .00             .00
INTERNAL REVENUE SERVICE   FILED LATE       3317.11           .00             .00
INTERNAL REVENUE SERVICE   FILED LATE       9782.36           .00             .00
ALONZO H ZAHOUR            DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                         683.40
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            13,800.00

PRIORITY                                          .00
SECURED                                     13,116.60
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           683.40
DEBTOR REFUND                                     .00
                  ---------------         ---------------
TOTALS             13,800.00                13,800.00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 11117 JOSEPHINE E WELLS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 11117 JOSEPHINE E WELLS