**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **WELLS, JOSEPHINE E** | ) | |
| | ) | **CASE NO. 05-11117** |
| | ) | |
| | ) | **JUDGE JACK B. SCHMETTERER** |
| **Debtor(s)** | ) | |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:  U.S. BANKRUPTCY COURT
        219 S. Dearborn, Courtroom 682
        Chicago, Illinois 60604

   on: **June 25, 2009**
   at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                    $   10,007.97

   b. Disbursements                               $    4,000.00

   c. Net Cash Available for Distribution         $    6,007.97

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee, Compensation | $ 0.00 | $ 1,750.75 | $ |
| Trustee, Expenses | $ 0.00 | $ | $ 95.47 |
| *Trustee's Attorney | $ 4,000.00 | $ 0.00 | $ |
| Special Counsel | | | |
| Trustee's Firm Legal | $ 0.00 | $ 2,000.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 19.35 |

*Claimant paid per Court Order entered on May 13 2008.

5.   In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $25,564.72 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 8.38%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 4 -2 | US Dept of Treasury | $ 9,782.36 | $ 819.79 |
| 5 -2 | US Department of Treasury | $ 6,000.00 | $ 502.82 |
| 6-2 | US Department of Treasury | $ 9,782.36 | $ 819.79 |

6.   Claims of general unsecured creditors totaling $29,964.67, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of

the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **April 23, 2009**    For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                   Date Rcvd: Apr 23, 2009
Case: 05-11117                Form ID: pdf002              Total Served: 13

The following entities were served by first class mail on Apr 25, 2009.
db           +Josephine E Wells,    2901 S Michigan Avenue, Unit 605,    Chicago, IL 60616-3309
aty          +Alonzo H Zahour,    Law Office of Alonzo H. Zahour,    101 Royce Rd Ste 8,
               Bolingbrook, IL 60440-1409
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
9092881     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   US Department of Treasury,    230 S Dearborn Street,
               Mail Stop 5010 CHI,    Chicago, IL 60604)
9092878      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
9092879     +South Commons Phase I Condo Assoc,    c/o Michael Best and Friedrich,
              401 N Michigan Avenue, Suite 1900,    Chicago, IL 60611-4274
9499203     +South Commons Phase I Condominium Assoc,    Arnstein & Lehr LLP,    120 S Riverside Plaza,
              Ste 1200,   Chicago, IL 60606-3910
9092880      US Department of Education,    501 Bleecker St,    PO Box 4609,    Utica, NY 13504-4609
9271633     +US Department of Education,    Direct Loan Servicing Center,    PO Box 5609,
              Greenville, TX 75403-5609
9092882     +Washington Mutual,   c/o Shapiro & Kreisman,    4201 Lake Cook Road,    Northbrook, IL 60062-1060
9282806     +Washington Mutual Bank,    Default Cash Processing,    Mail Stop MWIA 303,    POB 3200,
              Milwaukee WI 53201-3200
11095381    +Wells Fargo Bank, NA,    Bankruptcy Cash Management,    MAC#X2302-04C,    One Home Campus,
              Des Moines, IA 50328-0001
The following entities were served by electronic transmission on Apr 24, 2009.
12246772    +E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2009 08:17:13
              Recovery Management Systems Corporation,    For Capital Recovery One,
              As Assignee of PROVIDIAN NATIONAL B,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2009**                **Signature:** *Joseph Speetjens*